UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH TRUGLIA,

        *Plaintiff*,

vs.

TRANSUNION (OF DELAWARE) LLC,
EQUIFAX INFORMATION SERVICES, LLC,
and PROFESSIONAL DEBT MEDIATION INC,

        *Defendants*.

**ORDER**

19 Civ. 5902 (ER)

RAMOS, D.J.:

      On May 24, 2019, *pro se* Plaintiff Joseph Truglia filed a complaint against Defendants Transunion (of Delaware) LLC ("Transunion"), Equifax Information Services, LLC ("Equifax"), and Professional Debt Mediation Inc. ("Professional Debt Mediation") in The Civil Court of the City of New York alleging violation of the Fair Credit Reporting Act. Doc. 1-1. Transunion subsequently removed the matter to this Court on June 24, 2019. Doc. 1. Kathleen Crowley, counsel for Professional Debt Mediation, consented to removal, but has yet to appear in this case. Doc. 1-3.

      On July 23, 2019, Plaintiff filed a stipulation of voluntary dismissal signed only by Plaintiff and without indication of the Defendant to which it applied. Doc. 8. The Court requested clarification from Plaintiff on which Defendant the stipulation applied to, and from that Defendant on whether it consented to the stipulation on July 26, 2019. Doc. 9. On August 12, 2019, Plaintiff responded that the stipulation applied to Professional Debt Mediation. Doc. 10. On August 21, 2019, the Court asked Professional Debt Mediation to confirm whether it

consented to dismissal.  Doc. 11.  To date, Professional Debt Mediation has not responded to the Court's inquiries regarding the stipulation.

This Court directs Professional Debt Mediation, if it still has counsel, to direct that counsel to file a notice of appearance in this case by **Thursday, June 4, 2020**.  The Court further directs Professional Debt Mediation, through counsel or *pro se*, to confirm whether or not it consents to voluntary dismissal by **Thursday, June 4, 2020**.

A copy of this Order will be sent by Chambers to Professional Debt Mediation at 7948 Baymeadows Way, 2nd Fl., Jacksonville, FL 32256 and to Plaintiff at 1759 Raleigh Court West, Apt. 91A, Ocean, NJ 07712.

It is SO ORDERED.

Dated:  May 21, 2020
        New York, New York

                                                EDGARDO RAMOS, U.S.D.J.